USDC SCAN INDEX SHEET

SUI 5/30/01 13:54

3:01-CV-00896 USA V. TRANSMISSION EQUIP

*1*

*CMP.*

GREGORY A. VEGA
United States Attorney
BETH L. LEVINE
Assistant United States Attorney
California Bar No. 071654
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7185
Attorneys for United States of America

FILED
01 MAY 22 PM 2:27
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

SECRET

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANY AND ALL RADIO STATION TRANSMISSION EQUIPMENT, RADIO FREQUENCY POWER AMPLIFIERS, RADIO FREQUENCY TEST EQUIPMENT AND ANY OTHER EQUIPMENT ASSOCIATED WITH OR USED IN CONNECTION WITH THE TRANSMISSIONS ON FREQUENCIES BETWEEN 21000 MHz AND 22000 MHz, LOCATED AT THE OFFICES ON THE SECOND FLOOR, SUITES A, B AND C AT 4496 CAMINO DE LA PLAZA, SAN YSIDRO, CA 92173,<br><br>Defendant. | '01 CV 0896 W (CGA)<br>CASE NO.<br><br>COMPLAINT FOR FORFEITURE <u>IN REM</u><br><br><u>FILED UNDER SEAL</u> |

COMES NOW the United States of America, by and through its attorneys, Gregory A. Vega, United States Attorney, and Beth L. Levine, Assistant U.S. Attorney, in a civil cause of forfeiture and, upon information and belief, alleges the following:

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355(a) and 47 U.S.C. § 510.

/ /

2. This Court has in rem jurisdiction over the Defendant equipment pursuant to:

a. Title 28, United States Code, Section 1355(b)(1)(A), since the acts or omissions giving rise to the forfeiture occurred in the Southern District of California; and

b. Title 28, United States Code, Section 1355(b)(1)(B), since venue properly lies in the Southern District of California pursuant to 28 U.S.C. § 1395.

3. The Defendant equipment is located at 4496 Camino de la Plaza, San Ysidro, California 92173. The personal property sought to be forfeited is more particularly described as:

ANY AND ALL RADIO STATION TRANSMISSION EQUIPMENT, RADIO FREQUENCY POWER AMPLIFIERS, RADIO FREQUENCY TEST EQUIPMENT AND ANY OTHER EQUIPMENT ASSOCIATED WITH OR USED IN CONNECTION WITH THE TRANSMISSIONS ON FREQUENCIES BETWEEN 21000 MHz AND 22000 MHz, LOCATED AT THE OFFICES ON THE SECOND FLOOR, SUITES A, B AND C AT 4496 CAMINO DE LA PLAZA, SAN YSIDRO, CALIFORNIA 92173

The United States of America seeks forfeiture of the Defendant equipment on the grounds that the Defendant equipment on May 15, 2000, August 23, 2000, October 17, 2000, January 25, 2001, April 23, 2001, and May 18, 2001 was used and possessed to violate 47 U.S. C. § 301, transmitting without proper authorization from the Federal Communications Commission ["FCC"].

4. Details of the facts and circumstances supporting the forfeiture of the Defendant equipment are contained in the attached Affidavit of Paul D. Coburn, Compliance Specialist, in the San Diego, California District Office of the Enforcement Bureau of the FCC. The Coburn Affidavit is fully incorporated herein by reference.

/ /

5. The FCC was at all times relevant to the action, an agency of the United States of America with the duty of enforcing and executing the provisions of the Communications Act of 1934, as amended, 47 U.S.C. § 151 _et seq_.

6. For the reasons set forth above, and for the reasons set forth in the attached affidavit, there exists probable cause:

a. From at least May 15, 2000 to May 18, 2001, the Defendant property was operated and caused to be operated by BBG Communications, Inc. ["BBG"] on frequencies between 21000 and 22000 MHz.

b. Pursuant to 47 U.S.C. § 301, operation of a radio transmitter that permits radio frequency ["RF"] energy to be transmitted intrastate, interstate, and into a foreign country requires a license issued by the FCC, and no such license has been issued.

c. BBG has received verbal and written warnings of unlicensed operation of a microwave radio station at 4496 Camino de la Plaza, San Ysidro, CA 92173. On October 11, 2000, the FCC's San Diego Office issued a Notice of Unlicenced Radio Operation addressed to BBG, at 4496C Camino de la Plaza, San Ysidro, CA 92173. The letter warned the addressee that operation of the unlicenced microwave radio station violated 47 U.S.C. § 301, set forth the penalties for such operation, which include seizure of the equipment, fines and imprisonment, and directed the operator of the microwave radio station to terminate operation of the unlicenced microwave radio station immediately. Although BBG subsequently submitted applications to FCC for authorization to operate a transborder microwave

radio station from the Camino de la Plaza location, no license or other authorization has been issued to BBG. BBG continues to use the Defendant equipment to operate the unlicenced microwave radio station.

d. The Defendant property therefore constitutes electronic, electromagnetic, radio frequency or similar devices, or components that are being used, sent and possessed with intent to violate 47 U.S.C. § 301, or rules prescribed by FCC under such section, and is therefore forfeitable to the United States of America pursuant to 47 U.S.C. § 510(a).

WHEREFORE, Plaintiff United States of America prays that a warrant of arrest be directed to the United States Marshal to arrest Defendant equipment, that due process issue to enforce the forfeiture of Defendant equipment, that due notice be given to all interested persons to appear and show cause why forfeiture of Defendant equipment should not be decreed, that due process be had thereon, that Defendant equipment be condemned and forfeited to the United States of America and be delivered into the custody of the FCC for disposition according to law, and that Plaintiff have such costs and further relief as is just and equitable.

DATE: 5/18/01

Respectfully submitted,

GREGORY A. VEGA
United States Attorney

Beth L. Levine

BETH L. LEVINE
Assistant U.S. Attorney

# VERIFICATION

I, Paul D. Coburn, hereby state and declare as follows:

1. I am a Compliance Specialist, in the San Diego, California District Office of te Enforcement Bureau of the Federal Communications Commission.

2. I have read the foregoing complaint and know its contents.

3. The information in the complaint is based upon my own personal knowledge or obtained from official government sources. Based upon this, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing its true and correct, to the best of my knowledge and belief.

Executed on this 18 day of May, 2001.

PAUL D. COBURN
Compliance Specialist
Federal Communications Commission

GREGORY A. VEGA
United States Attorney
BETH L. LEVINE
Assistant United States Attorney
California Bar No. 071654
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7185
Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANY AND ALL RADIO STATION TRANSMISSION EQUIPMENT, RADIO FREQUENCY POWER AMPLIFIERS, RADIO FREQUENCY TEST EQUIPMENT AND ANY OTHER EQUIPMENT ASSOCIATED WITH OR USED IN CONNECTION WITH THE TRANSMISSIONS ON FREQUENCIES BETWEEN 21000 MHz AND 22000 MHz, LOCATED AT THE OFFICES ON THE SECOND FLOOR, SUITES A, B AND C AT 4496 CAMINO DE LA PLAZA, SAN YSIDRO, CA 92173,<br>Defendant. | CASE NO.<br><br>AFFIDAVIT OF PAUL D. COBURN<br><br>FILED UNDER SEAL |

I, Paul Coburn, being first duly sworn, do hereby depose and say:

1. I am a Compliance Specialist in the San Diego, California District Office ("San Diego Office") of the Enforcement Bureau of the Federal Communications Commission ("FCC"). I have held this position since 1996, and my duties and responsibilities include the investigation of violations of the Communications Act of 1934, as amended and FCC regulations. I have been continuously employed by the FCC in the same capacity since 1991.

//

From 1991 to 1996, I was employed as an Electronics Technician at the FCC's former Belfast, Maine and Livermore, California Monitoring Stations. I served in a similar technical capacity in the United States Navy at the Keflavik, Iceland and Galeta Island, Panama Monitoring Stations from 1984 to 1987.

2. I am experienced in all phases of FCC investigations involving radio frequency ("RF") transmitting devices. I have had formal training in the identification and testing of such equipment. During the course of my employment with the FCC, I have conducted over 200 investigations in which I have successfully located a similar number of fixed, mobile, and hand-held radio transmitting apparatuses by the use of mobile direction finding equipment and direction finding techniques. I am fully knowledgeable about the operation of mobile direction finding equipment and techniques. I have used a vehicle with such equipment hundreds of times to successfully locate the source of radio transmissions during the past 10 years. I am also familiar with the proper operation of FCC electronic equipment used to determine compliance with the FCC's rules and regulations.

3. The information contained in this affidavit is based upon my own investigation, as well as my review of the investigative reports and official correspondence.

4. I am making this affidavit in support of a complaint for forfeiture in rem against radio station transmission equipment used for the operation of an unlicensed Private Operation Fixed Point-to-Point Microwave radio station ("microwave radio station") transmitting on frequencies between 21000 and 22000 MHz. The equipment is in the possession of BBG Communications, Inc. ("BBG"), and is located at 4496 Camino de la Plaza, San Ysidro, California 92173.

5. The FCC, an independent federal regulatory agency created by Congress, regulates intrastate, interstate, and foreign radio communications pursuant to the Communications Act of 1934, as amended ("the Act"), 47 U.S.C. § 151 et seq. One of the FCC's responsibilities is to ensure that persons do not transmit radio signals within the United States and from the United States' territorial boundaries without an FCC license or other prior FCC authorization. The operation of a radio transmitter that permits RF energy to be

transmitted intrastate, interstate, and into a foreign country without a license issued by the FCC, violates 47 U.S.C. § 301, and the equipment used for such unlicensed operation may be subject to seizure under 47 U.S.C. § 510.

6. In this proceeding, the following general definitions common to communications regulation are used. These terms relate only to the technical or regulatory characteristics of radio signals and not to program content:

**RADIO STATION:** the apparatus used to generate, control, amplify, and transmit radio signals, which usually includes, among other items, audio sources, signal processing equipment, control devices, antenna, connecting cables, and a radio transmitter.

**FREQUENCY:** the "position" in the radio spectrum occupied by a specific radio signal. It is commonly measured in the FM portion of the band by the unit known as Megahertz ("MHz"). In this affidavit, the frequencies of the various radio signals are expressed by their "dial positions" in MHz.

**ELECTRONIC DIRECTION FINDING or RADIO DIRECTION FINDING:** a process of determining the origin of a particular radio signal by measuring its technical characteristics. The FCC uses proprietary equipment specifically designed and calibrated by the FCC for this function.

**FCC MOBILE DIRECTION FINDING VEHICLE:** a FCC car equipped with radio receivers and other electronic equipment that enable the operator to track and locate the source of radio transmissions. When a radio signal is detected by the receiving equipment in the car, the equipment produces a visual display of the relative direction from which the signal is originating, and provides the relative strength of the signal received. As the car approaches the source of the signal, the visual display will continue to show the relative direction of the signal, and an increase in the strength of the signal will be indicated. Typically, the car is moved around the signal until the operator can determine the source of the transmissions.

7. On August 4, 1999, the FCC's San Diego Office received a letter of complaint from an FCC licensed microwave radio station that an allegedly unlicensed microwave radio station was causing interference to its microwave radio station in San Ysidro, California. The complainant stated that BBG was operating the allegedly unlicensed microwave radio station from its offices in San Ysidro, California. Section 1.903 of the Commission's Rules, 47 C.F.R. § 1.903, requires that microwave radio stations operate with an FCC authorization, and microwave radio stations that transmit without such an authorization violate Section 301 of the Act. My search of the FCC's records showed that no license had been issued to BBG for the operation of a microwave radio station in California.

8. On October 21, 1999, William Grigsby, then District Director of the San Diego Office, dispatched me to San Ysidro to investigate the complaint and attempt to resolve the interference, if any. I traveled to BBG's offices at 4492 Camino de la Plaza in San Ysidro and saw two microwave antennas located atop the roof a two-story commercial building. BBG's offices are located in a shopping center, known as the "San Diego Factory Outlet Center," and are on the second floor of the shopping center complex above several stores. BBG's offices are approximately 500 meters from the U.S. and Mexican border. The two antennas atop the roof were pointed south towards Mexico. The two microwave antennas that I saw are designed to operate in tandem with a similar pair. Microwave signals are highly directional. Any equipment capable of receiving those signals must be located and oriented directly in their "line-of-sight" path. I did not see any other microwave radio station between BBG's offices and the U.S. and Mexican border. Based on my experience, I concluded that the two antennas were oriented to communicate with a similar antenna pair in Mexico. Because I did not have equipment capable of measuring microwave radio signals with me, I did not take any measurements.

9. I entered BBG's reception area and identified myself as an FCC agent. I told the office receptionist that I wanted to speak to the office manager about a radio station inspection. The receptionist then went to a rear office, and after a delay of a few minutes, a woman appeared who said that she was the office manager. She refused to provide me with

any other identification. When I asked to see BBG's FCC microwave radio station license and to inspect its microwave radio station located on the premises, she refused. I then advised her that I had not found an FCC authorization for BBG's microwave radio station at that location and that the operation of the unauthorized microwave radio station must be terminated.

10. On October 22, 1999, two persons claiming to represent BBG delivered documents to the San Diego Office that purported to show that BBG had properly coordinated its frequencies and that there were no "outstanding cases of potential interference." A copy of these documents are attached as Exhibit 1. After I reviewed the documents, I determined that they were not an FCC authorization, but merely the results of a frequency coordination study concerning interference potential for a proposed microwave radio station at 4492 Camino de la Plaza in San Ysidro, California. My search of the FCC's records showed that no license had been issued for the operation of a microwave radio station at this location.

11. On October 26, 1999, I received a telephone call from a person who identified himself as Brian Rhys. He then conferenced in Hector Asuna, who identified himself as the former mayor of Tijuana, Mexico. Both men told me that they worked for a company leasing office space at 4492 Camino de la Plaza, which I knew as BBG's offices, but they declined to name their company or their positions with the company. According to the gentlemen, their company, which was operating the microwave radio station from the address in question, was leasing the equipment from either "Protel" or "Consorcio," but they were not certain about the company's name. My search of the FCC's records showed that no license had been issued to either Protel or Consorcio for the operation of the microwave radio station at this location.

12. On November 1, 1999, Mr. Rhys called me and told me that Mr. Asuna was in Mexico City, Mexico, attempting to get the FCC authorization that I had requested to see. Later that day, the complainant telephoned me and conferenced in two persons who claimed that they worked for Protel. They told me that Protel was not involved with BBG's operation, but that BBG officials had asked Protel to provide it with microwave radio service to Mexico.

//

13. On November 2, 1999, a person who identified himself as Jerry Gumpel, telephoned me and told me that he was BBG's attorney. He said that BBG had entered into an agreement with Protel, which BBG believed was authorized to operate a transborder microwave radio station in the U.S., from BBG's offices at 4492 Camino de la Plaza in San Ysidro.

14. On November 5, 1999, Mr. Gumpel telephoned me and said that BBG and Protel had severed their agreement, and, that although Protel owned the equipment, BBG still leased and operated it. I informed Mr. Gumpel that BBG was operating an unlicensed microwave radio station and needed to shut down its operation until it obtained an FCC authorization.

15. On May 15, 2000, FCC agent James Lyon and James Zoulek, District Director of the FCC's Los Angeles Office, went to BBG's offices to determine whether the unlicensed microwave radio station was transmitting. Using radio frequency receiving equipment, they determined that BBG's two microwave antennae were transmitting radio signals on or about 21613 and 21880 MHz. My search of the FCC's records showed that no license had been issued for the operation of a microwave radio station at this location.

16. On May 26, 2000, Enforcement Bureau staff in Washington, D.C. met with Marco Gutierrez, Protel's counsel, and Robert Miller, counsel for Access Comm Corporation ("Access Comm"), Protel's U.S. affiliate, to discuss the Camino de la Plaza unlicensed microwave radio station. A representative from the FCC's Mexican counterpart joined the discussion by teleconference. The group discussed the status of the unlicensed microwave radio station and the relationship between BBG and Protel/Access Comm. The Enforcement Bureau staff verbally warned Protel and Access Comm's representatives that operation of the unlicensed microwave radio station violated 47 U.S.C. § 301, explained the penalties for such operation, which include seizure of the equipment, fines and imprisonment, and directed the two companies to terminate operation of the unlicensed microwave radio station immediately.

17. On August 23, 2000, FCC agent Michael Draa and I continued the field investigation of the unauthorized microwave radio station at BBG's offices. We found that the San Diego Factory Outlet Center's management had changed the 4492 Camino de la Plaza

street address to 4496 Camino de la Plaza. Using radio frequency receiving equipment, we determined that BBG's two microwave antennae were transmitting radio signals on or about 21621 and 21914 MHz. My search of the FCC's records showed that no license had been issued for the operation of a microwave radio station at this location.

18. In a letter dated September 13, 2000, Access Comm's counsel notified the Enforcement Bureau that it had terminated its relationship with BBG with respect to the Camino de la Plaza microwave radio station. A copy of this letter is attached as Exhibit 2. According to Access Comm's counsel, BBG previously had provided Access Comm a free lease for one of BBG's several transmitters located on a strip mall rooftop in San Ysidro (the Camino de la Plaza location). In return for this lease, Access Comm had granted BBG the right to use the transmitter and associated radio equipment for BBG's customers' telecommunications traffic requirements. Counsel explained that BBG was responsible for operating the transmitter. He stated further that the control equipment for this transmitter, which Access Comm did not own, manage or operate, was located inside a mall tenant's store at the Camino de la Plaza location.

19. On October 11, 2000, the FCC's San Diego office issued a Notice of Unlicensed Radio Operation addressed to BBG, at 4496C Camino de la Plaza, San Ysidro, California 92173. A copy of the notice is attached as Exhibit 3. The letter warned the addressee that operation of the unlicensed microwave radio station violated 47 U.S.C. § 301, set forth the penalties for such operation, which include seizure of the equipment, fines and imprisonment, and directed the operator of the microwave radio station to terminate operation of the unlicensed microwave radio station immediately. In addition, BBG was given the opportunity to respond to the letter within ten days from the date of the notice with proof of its license or authority to operate.

20. On October 17, 2000, I continued the field investigation of the unlicensed microwave station at BBG's offices. Using radio frequency receiving equipment, I determined that only one of BBG's two microwave antennae was transmitting a radio signal. The receiving equipment indicated operation on or about 21609 MHz. My search of the FCC's

records showed that no license had been issued for the operation of a microwave radio station at this location.

21. On October 23, 2000, the FCC San Diego Office received a letter via facsimile from Barry Friedman, an attorney, who stated that he represented BBG and that he was responding to the Notice of Unlicensed Radio Operation issued on October 11, 2000. A copy of the letter is attached as Exhibit 4. Mr. Friedman stated that BBG learned in October 1999 that the microwave facilities were not licensed by the FCC.

22. On January 22, 2001, I checked FCC records and they revealed that the FCC's Wireless Telecommunications Bureau had two BBG applications pending for a transborder microwave radio station from the Camino de la Plaza location. One of BBG's applications included a request for Special Temporary Authority to "permit it to continue providing telecommunications services to its customers in the state of Baja California, Mexico, from BBG's offices located in San Ysidro, California." A copy of the application is attached as Exhibit 5.

23. On January 25, 2001, William Zears, District Director of the San Diego Field Office, and I drove to BBG's offices located at 4496 Camino de la Plaza in San Ysidro, California to determine if its microwave radio station was still transmitting radio signals. Using radio frequency receiving equipment, we determined that BBG's two microwave antennae were transmitting radio signals on or about 21606 and 21881 MHz. My search of the FCC's records showed that no license had been issued for the operation of a microwave radio station at this location.

24. On April 23, 2001, FCC agent James Lyon and I went to BBG's offices at 4496 Camino de la Plaza in San Ysidro, California to determine if its microwave radio station was transmitting radio signals. Using radio frequency receiving equipment, we determined that one of BBG's microwave antennae was transmitting radio signals on or about 21621 MHz. My search of the FCC's records showed that no license had been issued for the operation of a microwave radio station at this location.

//

25. On May 18, 2001, FCC agent James Lyon and I went to the parking lot in front of BBG's offices and again measured the BBG microwave radio station. Using radio frequency equipment, we detected one signal and its measurement was at or about 21611 MHz. My search of the FCC's records showed that no license had been issued for the operation of a microwave radio station at this location.

26. I have reviewed the FCC's database which provides a listing of license applications by BBG and Access Comm and actions taken by the FCC on those applications. A copy of the list of BBG and Access Comm applications and actions taken by the FCC, with a corresponding legend, is attached as Exhibit 6. These records indicate that BBG's application for Special Temporary Authority (no. 289868) was denied on February 27, 2001. BBG's license application (no. 320320) is pending. A pending application does not grant anyone permission to operate. Thus, the microwave radio station continues to operate in violation of 47 U.S.C. § 301.

27. Unlicensed broadcasting threatens the integrity of the regulatory structure established in the Communications Act to prevent chaos in the radio spectrum. The regulatory effectiveness of the FCC to carry out its statutory obligations to license stations and prevent interference would be impaired if the agency could not take meaningful action to stop unlicensed broadcasting. I believe that, based on the facts presented above, circumstances exist which warrant immediate seizure of all transmitting equipment and associated devices located at the offices and roof of BBG Communications, Inc. on the second floor of 4496 Camino de la Plaza, San Ysidro, California 92173. Despite verbal and written warnings, the unlicensed microwave radio station operating on frequencies between 21000 and 22000 MHz at this location continues in violation of 47 U.S.C. § 301.

//

//

//

//

//

28. I am available to testify in support of my statements and the actions described in this affidavit.

EXECUTED ON THE 18 DAY OF MAY 2001 IN SAN DIEGO COUNTY CALIFORNIA.

Paul D. Coburn
Compliance Specialist
San Diego Office
Enforcement Bureau
Federal Communications Commission

# ALL PURPOSE ACKNOWLEDGEMENT

STATE OF CALIFORNIA } SS.
COUNTY OF San Diego }

On 5/18/01 before me, Laura Ann Potts,
personally appeared Paul D. Coburn
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument. Affidavit of Paul D. Coburn 10 pages

WITNESS my hand and official seal.

Signature Laura Ann Potts

*(This area for official notarial seal)*

LAURA ANN POTTS
COMM. # 1279579
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Comm. Exp. NOV. 3, 2004

4/94
Rec.Form #R11

Exhibit 1

TeleWorks

MEMO • fax

| | | | |
|---|---|---|---|
| # of pages / # de páginas: 4 | | date / fecha: 19-10-99 | |
| to / para: Jorge Espinosa | | from / de: Rigoberto Cruz | |
| Co. / Cía.: Protel | | Co. / Cía.: Protel | |
| dept.: | | phone / tel: 283 26 00 Ext 1400 | |
| fax: | | fax: 283 26 04 | |

August 16, 1999

Ms. Yara Torres
World Trade Center, Ciudad de Mexico
Montecito No. 38, Piso 19, Officina 14 Col. Napoles
C.P. 03810 Mexico, D.F., Mexico

Re: CONSOCIO TELEFONICO, S.A. DE C.V.
TORREMOL, MX – OUTLET CENTER, CA 22.1 GHz

Dear Ms. Torres:

Enclosed are the path data sheet and the FCC Part 101.103(d) supplemental showing for the above referenced system. The system has cleared the required coordination period as set forth by the Federal Communications Commission. There are no outstanding cases of potential interference. Therefore, the system can be filed with the Commission for licensing.

If you should have any questions or require any additional information, please contact me by telephone at +1 770-962-6129, by FAX at +1 770-962-0602 or by email at jdavis@gtworks.com.

Sincerely,

John A. Davis

John A. Davis

Enclosure

FEDERAL COMMUNICATIONS COM...

OCT 22 1999

SAN DIEGO CALIFORN...



EXHIBIT 1

| | | |
|---|---|---|
| PCN Date | 07/14/99 | |
| Owner Name | CONSORCIO TELEFONICO, S.A. DE C.V. | |
| Owner Code | | |
| Station Name | TORREMOL, MX | OUTLET CENTER, CA |
| Call Sign | | |
| Latitude | 32 31 49 | 32 32 44 |
| Longitude | 117 1 30 | 117 1 26 |
| Ground Elevation (Ft / M – AMSL) | 34 Meters | 32 Meters |
| Path Azimuth (Degrees) | | |
| Path Distance (Miles / Km) | 1.055 / 1.697 | |
| TRANSMIT Antenna Manufacture | GABRIEL ELECTRONICS | GABRIEL ELECTRONICS |
| Model Number | HE2-220C | HE2-220C |
| FCC Antenna Code | | |
| Antenna Gain (dBi) | 40.2 | 40.2 |
| Antenna Centerline (Ft / M – AGL) | 72.0 Meters | 44.0 Meters |
| RECEIVE Antenna Manufacturer | GABRIEL ELECTRONICS | GABRIEL ELECTRONICS |
| Model Number | HE2-220C | HE2-220C |
| FCC Antenna Code | | |
| Antenna Gain (dBi) | 40.2 | 40.2 |
| Antenna Centerline (Ft / M – AGL) | 72.0 Meters | 44.0 Meters |
| DIVERSITY Antenna Manufacturer | NONE | NONE |
| Model Number | | |
| FCC Antenna Code | | |
| Antenna Gain (dBi) | | |
| Antenna Centerline (Ft / M – AGL) | | |
| EQUIPMENT Manufacturer | DIGITAL MICROWAVE CORP | DIGITAL MICROWAVE CORP |
| Model Number | SPECTRUM II | SPECTRUM II |
| FCC Equipment Code | | |
| Emissions Designator | 28M0F7W | 28M0F7W |
| Loading / Modulation | | |
| Stability (%) | | |
| Transmitter Power (dBm / Watts) | 17.0 dBm | 17.0 dBm |
| Fixed Losses (TX, RX, Div) (dB) | 0 0 0 | 0 0 0 |
| Receive Level | -26.7 dBm | -26.7 dBm |
| EIRP (dBm / Watts) | 57.2 dBm | 57.2 dBm |
| Free Space Loss (dB) | | |
| Transmit Frequencies (MHz) | 21605.500 V | 22637.500 V |

TeleWorks

## SUPPLEMENTAL SHOWING – PART 101.103(d)
## POINT-TO-POINT MICROWAVE

CONSORCIO TELEFONICO, S.A.DE.C.V.
TORREMOL, MX – OUTLET CENTER, CA 22.1 GHz PAGE 1

Pursuant to Part 101.103(d) of the FCC Rules and Regulations, a frequency coordination study and notification of the system proposed in this application was conducted by Global TeleWorks, LLC on behalf of *CONSORCIO TELEFONICO, S.A. DE C.V.*

The technical details of this application were transmitted to licensees, permittees, and applicants with coordinated proposals that are within 125 miles of the locations in the application of 07/14/99.

The licensees, permittees and applicants with coordinated proposals with which coordination was accomplished are listed below.

AIRTOUCH CELLULAR
AMERICAN TELEVISION AND COMMUNICATIONS
ASTEC AMERICA
*AT&T COMMUNICATIONS, INC.*
CAL STATE LUMBER SALES INC.
CALIFORNIA, STATE OF-DEPT OF GEN SVCS
*CALIFORNIA, UNIVERSITY OF SAN DIEGO*
COMSEARCH
CONSOLIDATED SPECTRUM SERVICES
COUNTRY CABLE, INCORPORATED
COX CABLE COMMUNICATION
CONSORCIO TELEFONICO, S.A. DE C.V.
DEANS PHOTO
DOUGLAS FURNITURE OF CALIFORNIA
E&K WIRELESS, LLC
EASTERN MUNICIPAL WATER DISTRICT
EASTMAN KODAK COMMUNICATIONS, INC
ENERGY LABS, INC
FISCHER PRICE
FUJI TRUCOLOR INC.
GENERAL INSTRUMENT
GLOBAL COMMUNICATION SERVICES S A DE CV
H B J PARKS, INC
*HEWLETT-PACKARD COMPANY – LARRY HOFFMAN*
HITACHI
ICA SERVICE CORPORATION
INLAND VALLEY CABLEVISION
INTERNATIONAL REVTIFIER
JVC
KENDALL COMPANY
KEYSTONE COMMUNICATIONS
KNSD, GILLETT COMMUNICATION OF SAN DIEGO
LAMBDA QUALIDYNE
LATCOM
LEMON GROVE SCHOOL DISTRICT

**SUPPLEMENTAL SHOWING – PART 101.103(d)**
**POINT-TO-POINT MICROWAVE**

CONSORCIO TELEFONICO, S.A.DE C.V.
*TORREMOL, MX – OUTLET CENTER, CA* *22.1 GHz* PAGE 2

LINDBERGH PARKING, INC.
MATSUSHITA INDUSTRIAL COMPANY
MCKINNON BROADCASTING COMPANY
MICRONET COMMUNICATIONS, INC.
MIDWEST TELEVISION, INC.
MSI FREQUENCY COORDINATORS GROUP
NOVENTA FM 90, INC.
O&S CALIFORNIA
OFFSHORE FACTORIES, INC.
*ORION NETWROK SOLUTIONS, INC*
PACIFIC RIM TECHNOLOGIES
PACTEL CELLULAR
PIONEER SPEAKERS INC.
POWER-SONIC CORPORATION
PULSE ENGINEERING
QUINSTAR COMMUNICATIONS NETWORK, INC
SAEHAN MEDIA AMERICA
SAFT AMERICA, INC
SAMSUNG INTERNATIONAL
SAN DIEGO STATE UNIVERSITY
SAN DIEGO, COUNTY OF
SAND MAN INTERNATIONAL
SANYO E & e CORP
*SCIENCE APPLICATIONS INTERNATIONAL*
SEA WORLD, INC.
SEVERIN GROUP, THE
SHERWOOD DAVIS & GECK
SHERWOOD MEDICAL
SMITH CORONA, INC
SONOSA
*SPIN PHYSICS DIVISION OF EASTMAN KODAK*
TIMES WARNER ENTERTAINMENT CO., LP
TRANSMISSION HOLDINGS, INC.
*VIDEOSCOPE, INCORPORATED*
WILLIAM P ALFREDO dba WM. ALFREDO CO.

The results of the study and frequency coordination indicate that no unacceptable direct interference will result with licensees, permittees, and applicants with coordinated proposals that are within 125 miles of the locations in this application.

Sincerely,

John Davis

John Davis
Date: 08/16/99

Global TeleWorks, LLC • 201 Hanarry Drive • Lawrenceville, Georgia 30045-7406 USA
Telephone 770-962-8129 • FAX 770-962-0602

Exhibit 2

**GARDERE & WYNNE, L.L.P.**
ATTORNEYS AND COUNSELORS

3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
214-999-3000
Telecopier 214-999-4667

Writer's Direct Dial Number
214-999-4219

Houston
[illegible]
Tulsa
[illegible]
Mexico City
[illegible]

September 13, 2000

Via Hand Delivery

Mr. Arlen Van Doorn
Assistant Bureau Chief, Enforcement Bureau
Federal Communications Commission
445 12th Street, S.W., Room 7-C723
Washington, D.C. 20554

Re: Access Comm Corporation
File No. 0000070554
Ref. No. 314981

Dear Mr. Van Doorn

On January 10, 2000, Access Comm Corporation ("Access Comm"), a U.S. corporation, filed a Form 601 application to operate a point-to-point private carrier microwave facility in San Ysidro, California, near the U.S.-Mexico border (File No. 0000070554) (the "Application").

As the Commission is aware, the microwave facilities proposed in the Application were being used by SBC Communications, Inc. ("SBC") to transmit traffic between Mexico and the United States. In the above-referenced July 3, 2000, Notice of Application Dismissal, on April 3, 2000, the Commission dismissed the Application without prejudice.

SAN YSIDRO OPERATIONS HAVE BEEN TERMINATED

Effective June 29, 2000, Access Comm completely terminated the San Ysidro operations. Moreover, as detailed below, Access Comm terminated its relationship

EXHIBIT 2

with SBG and with SBG's subsidiary, G Tel Communicatión, S.A. de C.V. ("G Tel"), with respect to such operations.

Access Comm now intends to file a new Form 601 requesting Commission authority to provide common carrier cross-border services on the 23 GHz band between the U.S. and Mexico. In addition, Access Comm understands that the U.S. and Mexican governments must approve any cross-border operations using such common carrier facilities. Until it receives all such required authorizations, Access Comm will not operate, and will not provide capacity to allow a third party to operate, any of its facilities on any radio frequencies in the U.S. or in Mexico.

## NATURE OF NOW-TERMINATED SAN YSIDRO OPERATIONS

On May 26, 2000, you and members of your staff met with Marco Gutierrez, counsel with Access Comm's affiliate, Operadora ProTel, S.A. de C.V., a Mexican network telephone carrier ("Protel"), and the undersigned counsel for Access Comm, concerning the Application. In addition, Luz María Saldaña, from the General Direction of Management and Engineering of the Spectrum with the Mexican Federal Telecommunications Commission ("Cofetel"), participated in the meeting via conference call. At this meeting, questions were raised concerning the nature of the now-terminated San Ysidro operation. In response to these questions, set forth below is a description of these operations and their current status.

Protel has licensed frequencies in Mexico for the delivery of telecommunications and other services. Protel had certain agreements with SBG and with G Tel for their use of these authorized frequencies in Mexico. Under these agreements, SBG provided to Access Comm a free lease for one (1) of its several transmitters located on a strip mall rooftop in San Ysidro. In return for this lease, Access Comm granted SBG the right to use the transmitter and associated radio equipment for its customer's telecommunications traffic requirements. SBG was responsible for operating the transmitter. Control equipment for this transmitter, which Access Comm did not own, manage or operate, was located inside a mall tenant's store.

On June 21, 2000, Protel notified Cofetel that it would be terminating all its agreements with SBG and G Tel, and that, upon delivery of the required termination notice, SBG and G Tel no longer would be authorized to use its frequencies in Mexico. Effective July 29, 2000, Protel officially delivered such a notice to SBG and G Tel, thereby terminating all their agreements. As set forth above, Access Comm's affiliate, Protel, has terminated all agreements for the San Ysidro operations (specifically, any operation thereof by or on behalf of SBG). Furthermore, Protel has notified Cofetel

Mr. Arlen Van Doorn
September 13, 2000
Page 3

that the point-to-point licenses in Mexico, leased from its affiliate, Consorcio Telefonico, S.A. de C.V. ("Consorcio"), can not be used by BBG or by G Tel.

ACCESS COMM'S CONTEMPLATED
COMMON CARRIER OPERATIONS

Access Comm's contemplated common carrier services would be provided pursuant to an interconnection agreement with its affiliate, Protel, for the exchange of public switched traffic. Such traffic would be exchanged through international gateways duly authorized by appropriate government agencies.

Consorcio has obtained a concession from Cofetel to operate the 23 GHz band link in Mexico, which currently is scheduled to expire on June 10, 2018. Consorcio, in turn, has an agreement to lease these facilities to Protel, which has a temporary (provisional) authorization from Cofetel to establish the cross-border microwave link that would become permanent upon grant of the Commission's common carrier authorization.

Access Comm greatly appreciated the opportunity to meet with you and your staff to discuss this matter. If you have any questions or need further information, please let me know.

Sincerely,

Robert J. Miller
Counsel for Access Comm Corporation

RJM/kma

cc: Marco Gutierrez
Francisco Gomez Palacio

ACCESS COMM MEMO LTR TO FCC V8.DOC

**FEDERAL COMMUNICATIONS COMMISSION**
**ENFORCEMENT BUREAU**
**San Diego Office**
4542 Ruffner St. - Suite 370
San Diego, California 92111-2216
(858) 496-5111

October 11, 2000

***CERTIFIED MAIL, RETURN RECEIPT REQUESTED, AND FIRST CLASS U.S. MAIL***

BBG
4496C Camino de la Plaza
San Diego, California 92173

**RE: NOTICE OF UNLICENSED RADIO OPERATION**

Case Number: EB-00-SD-247

Agents of the FCC's San Diego Office of the Enforcement Bureau have investigated allegations that you are continuing to operate a fixed radio station in the Private Microwave radio service on frequencies 21621 and 21914 MHz. Subsequently, the agents have investigated this allegation and have located a fixed radio station operating on these frequencies at the San Diego Factory Outlet Center at 4496 Camino de la Plaza, San Diego (San Ysidro area), California.

On October 21, 1999, FCC agents from the San Diego office made an official request to inspect your radio station, but you denied this request. The agents advised you that you had no authorization to operate on 21621 and 21914 MHz and you must cease operation.

On August 23, 2000, FCC agents from the San Diego office monitored and measured the transmissions from your Private Microwave radio service station and found that it was still active on 21621 and 21914 MHz.

Radio stations must be licensed by the FCC pursuant to 47 U.S.C. § 301. The only exceptions to this licensing requirement are for certain transmitters using or operating at a power level that complies with the standards established in Part 15 of the Commission's rules, 47 C.F.R. §§ 15.1 *et seq.* Operations under Part 15 is for very low power devices over very short distances. Different field strength limits apply to stations operating on other frequencies.

EXHIBIT 3

The Commission's records show that no license was issued for operation of a Private microwave radio station at this location on either 21621 or 21914 MHz and no authorization for any other frequency in the Private Microwave radio services. Thus, this station is operating in violation of 47 U.S.C. § 301.

You are hereby warned that operation of radio transmitting equipment without a valid radio station authorization constitutes a violation of the Federal laws cited above and could subject the owner of this illegal operation to the severe penalties provided, including, but not limited to, a maximum criminal fine of $100,000 and/or one year imprisonment, or arrest of the equipment for the first offense (*see* 47 U.S.C. §§ 501, 503 & 510).

**UNLICENSED OPERATION OF THIS RADIO STATION MUST BE DISCONTINUED IMMEDIATELY.**

You have ten (10) days from the date of this notice to respond with proof of your license or authority to operate. Your response should be sent to the address in the letterhead and reference the listed case number. Under the Privacy Act of 1974, 5 U.S.C. § 552a(e)(3), we are informing you that the Commission's staff will use all relevant material information before it to determine what, if any, enforcement action is required to ensure your compliance with FCC Rules. This will include any information that you disclose in your reply.

William R. Zears

William R. Zears Jr.
District Director
FCC San Diego Office

Attachments:
Excerpts from the Communications Act of 1934, As Amended
Enforcement Bureau, "Inspection Fact Sheet", January 1998

THOMPSON
HINE & FLORY LLP

*Attorneys at Law*

October 23, 2000

**BY TELECOPY AND FIRST CLASS MAIL**

Mr. William R. Zears, Jr.
District Director
Federal Communications Commission
Suite 370
4542 Ruffner Street
San Diego, California 92111-2216

Re: BBG Communications, Inc.
Case No. EB-00-SD-247

Dear Mr. Zears:

This office represents BBG Communications, Inc. ("BBG"). Our client has received the above-referenced Notice of Unlicensed Radio Operation, based on microwave transmissions on 21621 and 21914 MHZ from facilities located at 4496 Camino de la Plaza, San Diego, California.[1]

Initially, we find it surprising that given the various communications with the FCC that the matter is being treated as an investigation of an unlicensed station as opposed to an application for license and authority to operate on an STA basis. The facts related to this facility have been reported to the Commission many times and we will only repeat them for you briefly.

Among the lines of business BBG is involved in is the delivery of Internet services to American companies operating in the Mexican state of Baja California. These enterprises are known as maquiladoras and BBG provides them with their ability to communicate with their United States affiliates. In order to do so, BBG has engaged Operadora Protel S.A. de C.V. ("Protel") and its United States affiliate, Access Comm Communications ("Access Comm"), to provide the facilities for BBG's transmissions from the United States to Mexico. BBG was

---

[1] Similar notices were delivered to Ammex Communications and Hospitality Telecommunications Florida Inc. using the same address as BBG. BBG has no relationship with Ammex Communications. As for Hospitality Telecommunications Florida Inc., it is a wholly-owned subsidiary of BBG that has no involvement in the telecommunications operations conducted at this location.

*1920 N Street, N.W. Washington, D.C. 20036-1601 202-331-8800 fax 331-8330*

BRUSSELS, BELGIUM CINCINNATI CLEVELAND COLUMBUS DAYTON PALM BEACH WASHINGTON, D.C.

EXHIBIT 4

informed by Protel that it held all necessary United States and Mexican governmental authorizations and concessions to provide the telecommunications services sought by BBG.

In October of 1999, BBG first learned, from a member of your staff, that the microwave facilities were not licensed to Access Comm by the FCC. In order to rectify this problem, BBG, on November 8, 1999, filed an application on FCC Form 601 (File No. 55172) and a request for an emergency STA. BBG advised the Commission as to what it learned from your office and an examination of Commission files and urged the issuance of the STA so that BBG could become the facility licensee and continue to serve its customers.

Subsequently, BBG was requested by Access Comm to withdraw its applications so that Access Comm could file applications for Commission authority to operate these facilities. This was predicated on the fact that Access Comm operated the facilities and BBG was Access Comm's customer. Such a request was filed on December 27, 1999 and, on February 28, 2000, the Commission dismissed the BBG application.

On January 10, 2000, Access Comm filed the second of its two Form 601 and STA applications (File No. 79564). These applications remain pending though in inactive status.

BBG has also been advised that Access Comm has met with officials of the Enforcement and Wireless Telecommunications Bureaus concerning its applications and the processing of them by the Commission. It is BBG's understanding that Access Comm has informed the Commission that it did not possess the necessary authorizations and sought a means by which it could secure those authorizations.

Considering these facts, BBG will work with Access Comm in order to comply with Commission requirements. BBG has never sought to violate Commission requirements and, as a customer of Access Com and ProTel, only seeks to continue to deliver Internet services for its own customers. So as to avoid the discontinuance of service to both BBG and BBG's customers, it is hereby requested that the Commission grant the Access Comm STA to permit operations by these facilities pending action on the outstanding Access Comm application for license.

Should there be any questions in regard hereto, please communicate with the undersigned.

Very truly yours,

Barry A. Friedman

cc: Mr. Rafael Galicot
Jerry J. Gumpel, Esq.
Mr. Allan Manuel, FCC Enforcement Bureau
Mr. Arlan van Doorn, FCC Enforcement Bureau
Robert J. Miller, Esq.

THOMPSON
HINE & FLORY LLP

*Attorneys at Law*

November 1, 2000

Federal Communications Commission
Wireless Bureau Applications
P.O. Box 358130
Pittsburgh, Pennsylvania 15251-5130

Re: BBG Communications, Inc.
Application for New Private Operational
Fixed Microwave Station
Request for Special Temporary Authority
FCC Form 601

Dear Sir

Transmitted herewith, in duplicate, on behalf of BBG Communications, Inc., is an application on FCC Form 601. The application requests that the Commission grant the applicant Special Temporary Authority to operate a new Station in the Private Operational Fixed Microwave Service (Part 101).

The instant STA request is being sought on an emergency basis and a statement in support of such emergency relief is attached hereto.

The applicant wishes to note that the instant application requests approval for a trans-border communications service with Mexico. In connection therewith, the applicant has an agreement with Avantel Servicios Locales, S.A., which holds a concession issued by the Secretaria de Communicaciones y Transportes of the United Mexican States, to carry the microwave signal on the Mexican side of the border. A copy of the concession is also attached hereto. Consequently, there is no issue as to the ability of the requested service to operate in both the United States and Mexico.

Also enclosed is FCC Form 159 and a check in the amount of $50.00 for the required filing fee.



EXHIBIT 5

Should there be any questions in regard hereto, please communicate with the undersigned.

Very truly yours,

Barry A. Friedman

Enclosures

cc: Mr. Rafael Galicot
Jerry J. Gumpel, Esq.
Ms. Elizabeth Fishel, FCC Wireless Telecommunications Bureau, Gettysburg, Pennsylvania

STATEMENT IN SUPPORT OF EMERGENCY STA

BBG Communications, Inc. ("BBG") hereby requests the issuance of Special Temporary Authority in order to permit it to continue providing telecommunications services to its customers in the state of Baja California, Mexico, from BBG's offices located in San Ysidro, California.

BBG is an Internet Services Provider and also a clear data channel provider located in the San Diego, California area. Among the customers that it serves are a number of American corporations which have factories along the United States-Mexico border in the Tijuana area. It has provided this service through a private fixed microwave service. Microwave signals have been transported from San Diego to a fixed point in Tijuana, where they were then further delivered by a point-to-multipoint service to customers of GTEL, S.A. De C.V., a Mexican concessionaire for point-to-multipoint service, which is an affiliate and customer of BBG.

BBG has not held an FCC license for any microwave service in the United States. Instead, it has been a customer of a Mexican company, Operadora Protel, S.A., De C.V., and its United States subsidiary, Access Comm Communications (collectively, "Access Comm"). BBG contracted with Access Comm to transport BBG's communications from San Ysidro to BBG's facility in Mexico.

The Commission has advised BBG that Access Comm does not hold authority from the Commission to operate the service it has contracted to provide to BBG. After Access Comm was apprised of this, Access Comm sought, in FCC File No. 79564, to secure such authority. The Commission has not acted on the application and the Commission's records indicate that the application is in inactive status.

BBG has sought to rectify this problem. In order to do so, it needed to secure a communications provider on the Mexican side of the border. It has recently entered into negotiations with Avantel Servicios Locales, S.A. ("Avantel"), to provide transport services in Mexico. As indicated by the letter attached hereto, and the copy of the concession appended to the application, Avantel has the requisite authority in Mexico to carry the communications.

BBG now submits that the emergency issuance of an STA is in the public interest. BBG has made arrangements with a qualified Mexican carrier to assist in its communications needs. BBG is serving customers in Mexico who are dependent on BBG for telecommunications. These include Tijuana's only cable Internet provider and corporate users who rely on the service for daily data transmissions to their offices in the United States. It is not certain that if BBG were forced to discontinue service that it could provide an acceptable back-up service. Moreover, like BBG, these parties have nothing to do with the failure of Access Comm to hold the necessary operating authorizations in the United States. They should not be injured.

Consequently, pending action on the underlying Form 601 license application, filed simultaneously herewith, BBG hereby requests that the Commission issue to it Special Temporary

Authority to operate a private operational fixed service pursuant to the terms and conditions contained in the Form 601 application submitted herewith.

| | | |
|---|---|---|
| FCC 601<br>Main Form | **FCC Application for Wireless Telecommunications Bureau Radio Service Authorization** | Approved by OMB<br>3060 - 0798<br>See instructions for public burden estimate<br><br>Submitted 11/01/2000 at 01:00PM<br><br>File Number:<br>0000255340 |

| | |
|---|---|
| 1) Radio Service Code: MG | 1a) Existing Radio Service Code: |
| 2) Application Purpose: New | |
| 3a) If this request is for a Developmental License, Demonstration License, or a Special Temporary Authorization (STA), enter the code and attach the required exhibit as described in the instructions. Otherwise enter N (Not Applicable). | ( S)D M S N/A |
| 3b) If this request is for Special Temporary Authority due to an emergency situation, enter 'Y'; otherwise enter 'N'. Refer to Rule 1.915 for an explanation of situations considered to be an emergency. | ( Y)Yes No |
| 4) If this request is for an Amendment or Withdrawal, enter the file number of the pending application currently on file with the FCC. | File Number: |
| 5) If this request is for a Modification, Renewal Only, Renewal/Modification, Cancellation of License, Consolidate Call Signs, Duplicate License, or Administrative Update, enter the call sign of the existing FCC license. | Call Sign: |
| 6) If this request is for a New, Amendment, Renewal Only, or Renewal/Modification, enter the requested authorization expiration date (this item is optional). | |
| 7) Is this request "major" as defined in Section 1.929 of the Commission's Rules when read in conjunction with the applicable radio service rules found in Parts 22 and 90 of the Commission's Rules? (NOTE: This question only applies to certain site-specific applications. See the instructions for applicability and full text of Section 1.929) | ( )Yes No |
| 8a) Does this filing request a Waiver of the Commission's Rules? If 'Yes', attach an exhibit providing the rule numbers and expanding circumstances. | ( )Yes No |
| 8b) If a feeable waiver request is attached, multiply the number of stations (call signs) times the number of rule sections and enter the result. | |
| 8c) Are the frequencies or parameters requested in this filing covered by grandfathered privileges, previously approved by waiver, or functionally integrated with an existing station? | ( N)Yes No |
| 9) Are attachments being filed with this application? | ( Y)Yes No |

## Applicant Information

| | | | |
|---|---|---|---|
| 10a) Taxpayer Identification Number: L00171411 | 10b) SGIN: 000 | 10c) FCC Registration Number (FRN): | |
| 11) Licensee is a(n): Corporation | | | |
| 12) First Name (if individual): | MI: | Last Name: | Suffix: |
| 13) Entity Name (if other than individual): BBG COMMUNICATIONS INC | | | |
| 14) Name of Real Party in Interest of Applicant: | | | |
| 15) Taxpayer Identification Number: | | | |
| 16) Attention To: | | | |
| 17) P.O. Box: | And/Or | 18) Street Address: 4498 CAMINO DE LA PLAZA SUITE B | |
| 19) City: SAN YSIDRO | 20) State: CA | 21) Zip: 92173- | |
| 22) Telephone Number: (619)428-4181 | 23) FAX: (619)428-5383 | | |
| 24) E-Mail Address: | | | |

## Contact Information (If different than applicant)

| | | | |
|---|---|---|---|
| 25) First Name: BARRY | MI: A | Last Name: FRIEDMAN | Suffix: |
| 26) Entity Name: THOMPSON HINE & FLORY LLP | | | |
| 27) P.O. Box: | And/Or | 28) Street Address: SUITE 800 1920 N STREET NW | |
| 29) City: WASHINGTON | 30) State: DC | 31) Zip: 20036- | |
| 32) Telephone Number: (202)331-8800 | | 33) FAX: | |
| 34) E-Mail Address: | | | |

## Regulatory Status

| | |
|---|---|
| 35) This filing is for authorization to provide or use the following type(s) of radio service offering (enter all that apply): | ( ) Common Carrier<br>( Yes) Non-Common Carrier<br>( Yes) Private, internal communications<br>( ) Broadcast Services<br>( ) Band Manager |

## Type of Radio Service

| | |
|---|---|
| 36) This filing is for authorization to provide the following type(s) of radio service (enter all that apply): | ( Yes) Fixed<br>( ) Mobile<br>( ) Radiolocation<br>( ) Satellite (sound)<br>( ) Broadcast Services |
| 37) Interconnected Service? ( N)Yes No | |

## Fee Status

| | |
|---|---|
| 38) Is the Applicant exempt from FCC application fees? | ( N)Yes No |
| 39) Is the Applicant exempt from FCC regulatory fees? | ( N)Yes No |

## Alien Ownership Questions (If any answer is Yes, attach exhibit explaining circumstances.)

| | |
|---|---|
| 40) Is the applicant a foreign government or the representative of any foreign government? | ( N)Yes No |
| 41) Is the applicant an alien or the representative of an alien? | ( N)Yes No |
| 42) Is the applicant a corporation organized under the laws of any foreign government? | ( N)Yes No |
| 43) Is the applicant a corporation of which more than one-fifth of the capital stock is owned of record or voted by aliens or their representatives or by a foreign government or representative thereof or by any corporation organized under the laws of a foreign country? | ( N)Yes No |
| 44) Is the applicant directly or indirectly controlled by any other corporation of which more than one-fourth of the capital stock is owned of record or voted by aliens, their representatives, or by a foreign government or representative thereof, or by any corporation organized under the laws of a foreign country? | ( N)Yes No |

## Basic Qualification Questions (If any answer is Yes, attach exhibit explaining circumstances.)

| | |
|---|---|
| 45) Has the applicant or any party to this application or amendment had any FCC station authorization, license, or construction permit revoked or had any application for an initial, modification or renewal of FCC station authorization, license, construction permit denied by the Commission? | ( N)Yes No |
| 46) Has the applicant or any party to this application or amendment, or any party directly or indirectly controlling the applicant, ever been convicted of a felony by any state or federal court? | ( N)Yes No |
| 47) Has any court finally adjudged the applicant or any party directly or indirectly controlling the applicant guilty of unlawfully monopolizing or attempting unlawfully to monopolize radio communication, directly or indirectly, through control of manufacture or sale of radio apparatus, exclusive traffic arrangement, or any other means or unfair methods of competition? | ( N)Yes No |
| 48) Is the applicant or any party directly or indirectly controlling the applicant, currently a party in any pending matter referred to in the preceding two items? | ( N)Yes No |

## 49) Race, Ethnicity, Gender of Applicant/Licensee (Optional)

| | | | | | |
|---|---|---|---|---|---|
| Race: | American Indian or Alaska Native: | Asian: | Black or African-American: | Native Hawaiian or Other Pacific Islander: | White: |
| Ethnicity: | Hispanic or Latino: | Not Hispanic or Latino: | | | |
| Gender: | Female: | Male: | | | |

## General Certification Statements

1) The applicant waives any claim to the use of any particular frequency or of the electromagnetic spectrum as against the regulatory power of the United States because of the previous use of the same, whether by license or otherwise, and requests an authorization in accordance with this application.

2) The applicant certifies that grant of this application would not cause the applicant to be in violation of any pertinent cross-ownership, attribution, or spectrum cap rule.*
*If the applicant has sought a waiver of any such rule in connection with this application, it may make this certification subject to the outcome of the waiver request.

3) The applicant certifies that all statements made in this application and in the exhibits, attachments, or documents incorporated by reference are material, are part of this application, and are true, complete, correct, and made in good faith.

4) The applicant certifies that neither the applicant nor any other party to the application is subject to a denial of Federal benefits pursuant to Section 5301 of the Anti-Drug Abuse Act of 1988, 21 U.S.C. § 862, because of a conviction for possession or distribution of a controlled substance. This certification does not apply to applications filed in services exempted under Section 1.2002(c) of the rules, 47 CFR § 1.2002(c). See Section 1.2002(b) of the rules, 47 CFR § 1.2002(b) for the definition of 'party to the application' as used in this certification.

5) The applicant certifies that it either (1) has current Form 602 on file with the Commission, (2) is filing an update Form 602 simultaneously with this application, or (3) is not required to file Form 602 under the Commission's Rules.

6) The applicant certifies that the facilities, operations, and transmitters for which this authorization is hereby requested are either: (1) categorically excluded from routine environmental evaluation for RF exposure as set forth in 47 C.F.R. § 1.1307(b); or, (2) have been found not to cause human exposure to levels of radiofrequency radiation in excess of the limits specified in 47 C.F.R. §§ 1.1310 and 2.1093; or, (3) are the subject of one or more Environmental Assessments filed with the Commission.

## Signature

| | | | |
|---|---|---|---|
| 50) Typed or Printed Name of Party Authorized to Sign | | | |
| First Name: RAFAEL | MI: | Last Name: GALICOT | Suffix: |
| 51) Title: VICE PRESIDENT | | | |
| Signature: RAFAEL GALICOT | | | 52) Date: 11/01/00 |

Failure To Sign This Application May Result In Dismissal Of The Application And Forfeiture Of Any Fees Paid

WILLFUL FALSE STATEMENTS MADE ON THIS FORM OR ANY ATTACHMENTS ARE PUNISHABLE BY FINE AND/OR IMPRISONMENT (U.S. Code, Title 18, Section 1001) AND/OR REVOCATION OF ANY STATION LICENSE OR CONSTRUCTION PERMIT (U.S. Code, Title 47, § 312(a)(1)), AND/OR FORFEITURE (U.S. Code, Title 47, § 503).

| | | |
|---|---|---|
| FCC Form 601<br>Schedule I | FEDERAL COMMUNICATIONS COMMISSION<br><br>Technical Data Schedule for the Fixed Microwave and Microwave Broadcast Auxiliary Services<br><br>(Parts 101 and 74) | Approved by OMB<br>3060 - 0798<br>See 601 Main Form instructions for public burden estimate |

## Administrative Information

| | |
|---|---|
| 1) Is this application being filed as part of a pack?: | (N) Yes/No |
| 2) If the answer to Item 1 is 'Yes', enter the pack identification number (required if the pack identification number has already been assigned by the FCC): | |
| 2b) Pack Name: | |

| | | |
|---|---|---|
| 3) Type of Operation (refer to instructions) Check One Only:<br>(X)Permanent Fixed Point to Point ()18 GHz Low Power<br>()Multiple Address System (MAS) ()31 GHz<br>()Temporary Fixed/Mobile ()38 GHz<br>()Digital Electronic Message Service (DEMS) | 4) Station Class:<br>FXO | 5) DEMS only:SMSA: |
| 6) If this request is for a Modification, Renewal/Modification, or Amendment of a currently pending application, does it, along with all minor Modification or Amendment requests filed since the last major action granted by the Commission produce a cumulative effect that would equal or exceed the criteria for a major filing? | | |
| 7) Has frequency coordination been completed for this application? | | Y |

## Frequency Coordinator Information (if not self-coordinated)

| Complete Items 8 through 10 if not self-coordinated | | | |
|---|---|---|---|
| 8) Frequency Coordination Number | 9) Name of Frequency Coordinator | 10) Telephone Number | 11) Coordination Date |
| | STAR ASSOCIATES | (619)670-0901 | 11/01/00 |

## Broadcast Auxiliary Only

| If there is an associated Parent Station, provide: | 12a) Facility Id of Parent Station: | 12b) Class of Parent Station: | 12c) City and State of Parent Station Principal Community: |
|---|---|---|---|
| If there is no associated parent station, applicant certifies that it is a Broadcast Network Entity and completes Item 13. | | | 13) State of Primary Operation: |

## Control Point (Technical Point of Contact)

| 14) Action A/M | 15) Location Street Address, City or Town, County, State | 16) Telephone Number |
|---|---|---|
| A | 4496 B CAMINO DE LA PLAZA, SAN YSIDRO, , CA | (619)428-4181 |

## Location Data

| | | |
|---|---|---|
| 1) Action Requested: (A) Add Mod Del | 2) Location Number: 1 | |
| 3) Location Description: T Transmit Location | 4) Area of Operation Code: | 5) Location Name: SY POP |
| 6) FCC Antenna Structure Registration # or N/A (FAA Notification not Required):N/A | | |
| 7) Latitude (DD-MM-SS.S): 32-32-42.5 / NAD83 (N) N or S | 8) Longitude (DDD-MM-SS.S): 117-2-27.4 | NAD83 (W) E or W |
| 9) Street Address or Other Location Description: 4496 B CAMINO DE LA PLAZA | | |
| 10) City: SAN YSIDRO / 11) State: CA | 12) County: SAN DIEGO | |
| 13) Elevation of Location AMSL (meters) ('a' in Antenna Structure Sample Figures): 24.0 | 14) Overall Ht AGL Without Appurtenances (meters) ('b' in Antenna Structure Sample Figures): 8.0 | 15) Overall Ht AGL With Appurtenances (meters) ('c' in Antenna Structure Sample Figures): 32.0 |
| 16) Support Structure Type: MAST Self-support structure | | 16.b) Structure Other: |
| 17) Radius (km): | | |
| 18) Maximum Latitude (DD-MM-SS.S): Use for rectangle only / NAD83 () N or S | 19) Maximum Longitude (DDD-MM-SS.S): Use for rectangle only | NAD83 () E or W |
| 20) Do you propose to operate in an area that requires frequency coordination with Canada? | | ()Yes No |
| 21) Description: (Only for Area of Operation Code 'O') | | |
| 22) Would a Commission grant of Authorization for this location be an action which may have a significant environmental effect? See Section 1.1307 of 47 CFR. If 'Yes', submit an environmental assessment as required by 47 CFR, Sections 1.1308 and 1.1311. | | (N)Yes No |
| 23) If the proposed site is located in one of the quiet zones listed in Item 4 of the instructions, provide the date the proper authority was notified: | | |

## Location Data

| | | |
|---|---|---|
| 1) Action Requested: (A) Add Mod Del | 2) Location Number: 2 | |
| 3) Location Description: R Receive Location | 4) Area of Operation Code: | 5) Location Name: TJ NOC |
| 6) FCC Antenna Structure Registration # or N/A (FAA Notification not Required): | | |
| 7) Latitude (DD-MM-SS.S): / NAD83 (N) N or S | 8) Longitude (DDD-MM-SS.S): | NAD83 (W) E or W |
| 9) Street Address or Other Location Description: | | |
| 10) City: / 11) State: | 12) County: | |
| 13) Elevation of Location AMSL (meters) ('a' in Antenna Structure Sample Figures): | 14) Overall Ht AGL Without Appurtenances (meters) ('b' in Antenna Structure Sample Figures): | 15) Overall Ht AGL With Appurtenances (meters) ('c' in Antenna Structure Sample Figures): |
| 16) Support Structure Type: | | 16.b) Structure Other: |
| 17) Radius (km): | | |
| 18) Maximum Latitude (DD-MM-SS.S): Use for rectangle only / NAD83 () N or S | 19) Maximum Longitude (DDD-MM-SS.S): Use for rectangle only | NAD83 () E or W |
| 20) Do you propose to operate in an area that requires frequency coordination with Canada? | | ()Yes No |
| 21) Description: (Only for Area of Operation Code 'O') | | |
| 22) Would a Commission grant of Authorization for this location be an action which may have a significant environmental effect? See Section 1.1307 of 47 CFR. If 'Yes', submit an environmental assessment as required by 47 CFR, Sections 1.1308 and 1.1311. | | ()Yes No |
| 23) If the proposed site is located in one of the quiet zones listed in Item 4 of the instructions, provide the date the proper authority was notified: | | |

## Path Data

### Transmit Location

| | |
|---|---|
| 1) Transmit Location Name: SY POP | 2) Path Number: 1 |
| 3) Action Requested: (A) Add New Path Modify Existing Path Delete Existing Path | |
| 4a) For MAS or DEMS only, MAS or DEMS Sub-Type of Operation (Enter only one per path):<br>MAS or DEMS ()Fixed Two-way Master-Remote/Nodal-User ()Multiple Two-way Master-Remote/Nodal-User<br>MAS Only ()Fixed One-way Outbound Master ()Multiple One-way Outbound Master<br>()Fixed One-way Inbound Master ()Mobile Master | 4b) Path code (Enter only one per path):<br>MAS<br>()Remote to Master<br>()Master to Remote<br>DEMS<br>()Nodal to User<br>()User to Nodal |

### Transmit Antenna

| | | |
|---|---|---|
| 5) Antenna Manufacturer: GABRIEL ELECTRONICS | | 6) Antenna Model Number: HES2 220 |
| 7) Height to Center of Antenna AGL (meters): 31.5 | 8) Beamwidth (degrees): 0.6 | 9) Antenna Gain (dBi): 40.2 |
| 10) Diversity Antenna Height AGL (meters): | 11) Diversity Beamwidth (degrees): | 12) Diversity Antenna Gain (dBi): |
| 13) Elevation (Tilt) Angle (degrees): 1.6 | 14) Polarization: V - Vertical | 15) Azimuth to RX Location or Passive Repeater (degrees): 141.0 |
| 16) Periscope Reflector Dimensions (meters): Height: Width: | | 17) Periscope Reflector Separation (meters): |
| 18) Does path include passive repeater? (N)Yes/No | | |
| 19) If the final receiver is located outside of the United States, enter the country in the space provided and attach exhibit explaining circumstances. MX-Mexico | | |
| 20) Does this filing add or modify emanations in the 5925-6425 MHz band pointed within 2 degrees of the Geostationary Satellite Arc? *If 'Yes', attach waiver request explaining circumstances. (N)Yes/No | | |

### Final Receiver

| | | |
|---|---|---|
| 21) Receiver Location Name: TJ NOC | | |
| 22) Receiver antenna manufacturer: GABRIEL ELECTRONICS | | 23) Receiver antenna model number: HES2 220 |
| 24) Receiver Call Sign: | | |
| 25) Height to Center of Rx Antenna AGL (meters): 26.0 | 26) Rx Antenna Beamwidth (degrees): 0.6 | 27) Rx Antenna Gain (dBi): 40.2 |
| 28) Diversity Rx Antenna Height AGL (meters): | 29) Diversity Rx Antenna Beamwidth (degrees): | 30) Diversity Rx Antenna Gain (dBi): |
| 31) Rx Periscope Reflector Dimensions (meters): Height: Width: | | 32) Rx Periscope Reflector Separation (meters): |

## Frequency Data

### Transmitter Location Information

| | |
|---|---|
| 1) Transmit Location Name: SY POP Add Mod Del | 2) Path Number: 1 |

### Frequency Information

| 3) Action A/M/D | 4) Lower or Center Frequency (MHz) | 5) Upper Frequency (MHz) | 6) Tolerance (%) | 7) EIRP (dbm) |
|---|---|---|---|---|
| A | 21353.50000 | 22585.50000 | | 64.9 |
| | 11) Transmitter Manufacturer | | 12) Transmitter Model | 13) Automatic Transmitter Power Control |
| | DIGITAL MICROWAVE | | ALTIUM SDH | Y |

| 8) Emission Designator | 9) Digital Modulation Rate | 10) Digital Modulation Type |
|---|---|---|
| 28M07W | 155000.5 | 128QAM |

**Attachment List**

| Attachment Type | Date | Description | Contents |
|---|---|---|---|
| Other | 11/01/00 | OTHER ATTACHMENT | 17602154.0.pdf |

**Exhibit 6**

## Legends

- Purpose Codes
- Status Codes
- Radio Service Codes

### Purpose Codes

- **AA** - Assignment of Authorization
- **AM** - Amendment
- **AU** - Administrative Update
- **CA** - Cancellation of License
- **DU** - Duplicate License -
- **EX** - Request for Extension of Time
- **MD** - Modification
- **NE** - New
- **NT** - Required Notification
- **OW** - Ownership
- **RM** - Renewal/Modification
- **RO** - Renewal Only
- **TC** - Transfer of Control
- **WD** - Withdrawal of Application

### Status Codes

- **1** - Pending Level 1
- **2** - Pending Level 2
- **A** - Granted - waiting overnight processing
- **C** - Consented To
- **D** - Dismissed
- **G** - Granted
- **I** - Inactive
- **K** - Killed
- **M** - Consummated
- **N** - Granted In Part
- **P** - Pending Pack Filing
- **R** - Returned
- **T** - Terminated
- **W** - Withdrawn

### Radio Service Codes

- **AA** - Aviation Auxiliary Group
- **AB** - Aural Microwave Booster
- **AC** - Aircraft
- **AF** - Aeronautical and Fixed
- **AI** - Aural Intercity Relay
- **AL** - All



EXHIBIT 6

- **AR** - Aviation Radionavigation
- **AS** - Aural Studio Transmitter Link
- **CA** - Public Coast Stations, Auctioned
- **CB** - BETRS
- **CD** - Paging and Radiotelephone
- **CE** - Digital Electronic Message Service - Common Carrier
- **CF** - Point to Point Microwave
- **CG** - Air-ground Radiotelephone
- **CL** - Cellular
- **CM** - Commercial
- **CN** - PCS Narrowband
- **CO** - Offshore Radiotelephone
- **CR** - Rural Radiotelephone
- **CT** - Local Television Transmission
- **CW** - PCS Broadband
- **CZ** - Paging and Radiotelephone, Auctioned
- **GB** - Business, 806-821/851-866 MHz, Conventional
- **GC** - 929-930 MHz Paging Systems, Auctioned
- **GF** - Public Safety Ntl Plan, 821-824/866-869 MHz, Conv.
- **GI** - Other Indust/Land Transp, 896-901/935-940 MHz, Conv.
- **GO** - Other Indust/Land Transp, 806-821/851-866 MHz, Conv.
- **GP** - Public Safety/Spec Emerg, 806-821/851-866 MHz, Conv.
- **GR** - SMR, 896-901/935-940 MHz, Conventional
- **GS** - Private Carrier Paging, 929-930 MHz
- **GU** - Business, 896-901/935-940 MHz, Conventional
- **GW** - General Wireless Communications Service
- **GX** - SMR, 806-821/851-866 MHz, Conventional
- **HA** - Amateur
- **HV** - Vanity
- **IG** - Industrial/Business Pool, Conventional
- **IK** - Industrial/Business Pool - Commercial, Conventional
- **LD** - Local Multipoint Distribution Service
- **LN** - 902-928 MHz Location Narrowband (Non-Multilateration)
- **LP** - Broadcast Auxiliary Low Power
- **LS** - Location and Monitoring Service, Multilateration (LMS)
- **LW** - 902-928 MHz Location Wideband (Grandfathered AVM)
- **MA** - Marine Auxiliary Group
- **MC** - Coastal Group
- **MG** - Microwave Industrial/Business Pool
- **MK** - Alaska Group
- **MR** - Marine Radiolocation Land
- **MW** - Microwave Public Safety Pool
- **NC** - Nationwide Commercial 5 Channel, 220 MHz
- **PC** - Public Coast Stations, Auctioned
- **PE** - Digital Electronic Message Service - Private
- **PW** - Public Safety Pool, Conventional
- **QA** - 220-222 MHz Band, Auctioned
- **QD** - Non-Nationwide Data, 220 MHz
- **QM** - Non-Nationwide Public Safety/Mutual Aid, 220 MHz
- **QO** - Non-Nationwide Other, 220 MHz

- **QT** - Non-Nationwide 5 Channel Trunked, 220 MHz
- **RP** - Broadcast Auxiliary Remote Pickup
- **RR** - Restricted
- **RS** - Land Mobile Radiolocation
- **SA** - Ship Recreational or Voluntarily Equipped
- **SB** - Ship Compulsary Equipped
- **TB** - TV Microwave Booster
- **TI** - TV Intercity Relay
- **TN** - 39 Ghz, Auctioned
- **TP** - TV Pickup
- **TS** - TV Studio Transmitter Link
- **TT** - TV Translator Relay
- **WA** - Microwave Aviation
- **WM** - Microwave Marine
- **WR** - Microwave Radiolocation
- **WS** - Wireless Communications Service
- **WX** - 700 MHz Bands
- **YB** - Business, 806-821/851-866 MHz, Trunked
- **YC** - SMR, 806-821/851-866 MHz, Auctioned
- **YD** - SMR, 896-901/935-940 MHz, Auctioned
- **YF** - Public Safety Ntl Plan, 821-824/866-869 MHz, Trunked
- **YG** - Industrial/Business Pool, Trunked
- **YI** - Other Indust/Land Transp. 896-901/935-940 MHz, Trunked
- **YK** - Industrial/Business Pool - Commercial, Trunked
- **YO** - Other Indust/Land Transp. 806-821/851-866 MHz, Trunked
- **YP** - Public Safety/Spec Emerg, 806-821/851-866 MHz, Trunked
- **YS** - SMR, 896-901/935-940 MHz, Trunked
- **YU** - Business, 896-901/935-940 MHz, Trunked
- **YW** - Public Safety Pool, Trunked
- **YX** - SMR, 806-821/851-866 MHz, Trunked
- **ZA** - General Mobile Radio (GMRS)
- **ZV** - Interactive Video and Data Service

| | | | | | |
|---|---|---|---|---|---|
| 0000289868 | BBG COMMUNICATIONS INC | AM | D | MG | 01/11/01 |
| 0000320320 | BBG COMMUNICATIONS INC | AM | I | MG | 02/09/01 |
| 0000320320 | BBG COMMUNICATIONS INC | AM | I | MG | 03/21/01 |
| 0000320320 | BBG COMMUNICATIONS INC | AM | 2 | MG | 03/22/01 |
| 0000255340 | BBG COMMUNICATIONS INC | NE | D | MG | 11/01/00 |
| 0000265013 | BBG COMMUNICATIONS INC | NE | D | MG | 11/01/00 |
| 0000055172 | BBG COMMUNICATIONS INC | NE | D | MG | 11/08/99 |
| 0000270608 | BBG COMMUNICATIONS INC | NE | D | MG | 11/15/00 |
| 0000290200 | BBG COMMUNICATIONS INC | NE | D | MG | 11/30/00 |
| 0000289868 | BBG COMMUNICATIONS INC | NE | I | MG | 12/07/00 |
| 0000310982 | BBG COMMUNICATIONS INC | NE | D | MG | 12/21/00 |
| 0000320320 | BBG COMMUNICATIONS INC | NE | I | MG | 12/21/00 |

## Automated Letters Information

Reference Number: 592970 | Call Sign: | Letter Type: Dismissal | Market Area:

Date Letter Generated: 11/15/2000 | Effective Date of Cancel/Dismiss: 11/14/2000 | Radio Service Code: MG

Applicant Name:

## Applicant Mailing Information or Assignor/Transferor Information

Applicant/Assignor/Transferor Name: BBG COMMUNICATIONS INC

Attention To:

First Name: | MI: | Last Name: | Suffix:

Assignee/Transferee Contact Company:

P.O. Box: | And/Or | Street Address: 4496 CAMINO DE LA PLAZA SUITE B

City: SAN YSIDRO | State: CA | Zip: 92173

## Contact Mailing Information or Assignee/Transferee Information

Assignee/Transferee Name:

Attention To:

First Name: | MI: | Last Name: | Suffix:

Licensee/Assignee/Transferee Contact Company:

P.O. Box: | And/Or | Street Address:

City: | State: | Zip:

## Coordinator Mailing Information

Coordinator Name:

First Name: | MI: | Last Name: | Suffix:

P.O. Box: | And/Or | Street Address:

City: | State: | Zip:

## Return/Dismissal Reasons

Answer to Waiver question is required.

Location TJ NOC: Latitude minutes are required and must be between 0 and 59.

Location TJ NOC: Longitude minutes are required and must be between 0 and 59.

Location TJ NOC: Latitude seconds are required and must be between 0 and 59.9.

Location TJ NOC: Longitude seconds are required and must be between 0 and 59.9.

Path 1, Frequency 21353.50000, Emission Designator 26M07W:Emission code is invalid.

Location TJ NOC: Site elevation AMSL is required and must be between -86.0 and +6194.0 (meters).

Path 1, Frequency 21353.50000:Tolerance is required and must be between 0.00001 and 0.05 percent.

Location TJ NOC: Latitude degrees are required and must be between 0 and 72 if latitude direction equals N(orth) and between 11 and 14 if latitude direction equals S(outh).

Location TJ NOC: Longitude degrees are required and must be between 64 and 180 if longitude direction equals W(est) and between 130 and 180 if longitude direction equals E(ast).

Your STA request is DENIED. The justification listed in your request does not constitute an emergency.

Your request states Access Comm. has on file an application, FCC File Number 79564, which the Commission has not acted on and is in inactive status. Our records reflect that FCC File Number 0000079564 was not filed by Access Comm and that the actual file number of the application you are referring to, 0000070564, was dismissed by the Commission on July 2, 2000. Further searching indicates the Commission does not have an application for permanent authority for the technical parameters listed in this STA request. Note: any application, permanent or temporary, must have international clearance from Mexico for transborder operation.

2 55340

## Automated Letters Information

Reference Number: 9366 | Call Sign: | Letter Type: Dismissal | Market Area:

Date Letter Generated: 11/21/2000 | Effective Date of Cancel/Dismiss: 11/21/2000 | Radio Service Code: MG

Applicant Name:

## Applicant Mailing Information or Assignor/Transferor Information

Applicant/Assignor/Transferor Name: BBG COMMUNICATIONS INC

Attention To:

First Name: | MI: | Last Name: | Suffix:

Assignee/Transferee Contact Company:

P.O. Box: | And/Or | Street Address: 4498 CAMINO DE LA PLAZA SUITE B

City: SAN YSIDRO | State: CA | Zip: 92173

## Contact Mailing Information or Assignee/Transferee Information

Assignee/Transferee Name:

Attention To:

First Name: | MI: | Last Name: | Suffix:

Licensee/Assignee/Transferee Contact Company:

P.O. Box: | And/Or | Street Address:

City: | State: | Zip:

## Coordinator Mailing Information

Coordinator Name:

First Name: | MI: | Last Name: | Suffix:

P.O. Box: | And/Or | Street Address:

City: | State: | Zip:

## Return/Dismissal Reasons

Application contains errors or incomplete information.

Location TJ NOC: Latitude minutes are required and must be between 0 and 59.

Location TJ NOC: Longitude minutes are required and must be between 0 and 59.

Location TJ NOC: Latitude seconds are required and must be between 0 and 59.9.

Location TJ NOC: Longitude seconds are required and must be between 0 and 59.9.

Path 1, Frequency 21353.50000, Emission Designator 28M07W:Emission code is invalid.

Location TJ NOC: Site elevation AMSL is required and must be between -88.0 and +6194.0 (meters).

Path 1, Frequency 21353.50000:Tolerance is required and must be between 0.00001 and 0.05 percent.

Location TJ NOC: Latitude degrees are required and must be between 0 and 72 if latitude direction equals N(orth) and between 11 and 14 if latitude direction equals S(outh).

Location TJ NOC: Longitude degrees are required and must be between 64 and 180 if longitude direction equals W(est) and between 130 and 180 if longitude direction equals E(ast).

265013

## Automated Letters Information

Reference Number: 115612 Call Sign: Letter Type: Dismissal Market Area:

Date Letter Generated: 02/28/2000 Effective Date of Cancel/Dismiss: 02/26/2000 Radio Service Code: MG

Applicant Name: BBG COMMUNICATIONS INC

## Applicant Mailing Information or Assignor/Transferor Information

Applicant/Assignor/Transferor Name: BBG COMMUNICATIONS INC

Attention To: RAFAEL GALICOT

First Name: MI: Last Name: Suffix:

Assignee/Transferee Contact Company:

P.O. Box: And/Or Street Address: 4498 CAMINO DE LA PLAZA SUITE B

City: SAN YSIDRO State: CA Zip: 92173

## Contact Mailing Information or Assignee/Transferee Information

Assignee/Transferee Name:

Attention To:

First Name: MI: Last Name: Suffix:

Licensee/Assignee/Transferee Contact Company:

P.O. Box: And/Or Street Address:

City: State: Zip:

## Coordinator Mailing Information

Coordinator Name:

First Name: MI: Last Name: Suffix:

P.O. Box: And/Or Street Address:

City: State: Zip:

## Return/Dismissal Reasons

TIJUANA NOC: Latitude degrees are required and must be between 0 and 90.
TIJUANA NOC: Latitude minutes are required and must be between 0 and 59.
TIJUANA NOC: Longitude minutes are required and must be between 0 and 59.
TIJUANA NOC: Latitude seconds are required and must be between 0 and 59.9.
TIJUANA NOC: Longitude degrees are required and must be between 0 and 180.
TIJUANA NOC: Longitude seconds are required and must be between 0 and 59.9.
Path 1, Frequency 21605.50000:Automatic Transmitter Power Control is required (Yes or No).
TIJUANA NOC: Site elevation AMSL is required and must be between -86.0 and +6194.0 (meters).
Path 1, Frequency 21605.50000, Emission Designator 28M0F7W:Digital Modulation Rate is required and must be valid for entered frequencies.
The application was not amended within 60 days of the date shown on the Notice of Application Return letter, therefore, this application is hereby dismissed.

55172

## Automated Letters Information

Reference Number: 605002 | Call Sign: | Letter Type: Dismissal | Market Area:

Date Letter Generated: 11/28/2000 | Effective Date of Cancel/Dismiss: 11/22/2000 | Radio Service Code: MG

Applicant Name:

## Applicant Mailing Information or Assignor/Transferor Information

Applicant/Assignor/Transferor Name: BBG COMMUNICATIONS INC

Attention To:

First Name: | MI: | Last Name: | Suffix:

Assignee/Transferee Contact Company:

P.O. Box: | And/Or | Street Address: 4498 CAMINO DE LA PLAZA SUITE B

City: SAN YSIDRO | State: CA | Zip: 92173

## Contact Mailing Information or Assignee/Transferee Information

Assignee/Transferee Name:

Attention To:

First Name: | MI: | Last Name: | Suffix:

Licensee/Assignee/Transferee Contact Company:

P.O. Box: | And/Or | Street Address:

City: | State: | Zip:

## Coordinator Mailing Information

Coordinator Name:

First Name: | MI: | Last Name: | Suffix:

P.O. Box: | And/Or | Street Address:

City: | State: | Zip:

## Return/Dismissal Reasons

Answer to Waiver question is required.

Answer to Applicant Type question is required.

Location TJ NOC: Latitude minutes are required and must be between 0 and 59.

Location TJ NOC: Longitude minutes are required and must be between 0 and 59.

Location TJ NOC: Latitude seconds are required and must be between 0 and 59.9.

Location TJ NOC: Longitude seconds are required and must be between 0 and 59.9.

Path 1, Frequency 21353.50000, Emission Designator 28M07W:Emission code is invalid.

Location TJ NOC: Site elevation AMSL is required and must be between -56.0 and +6194.0 (meters).

Path 1, Frequency 21353.50000:Tolerance is required and must be between 0.00001 and 0.05 percent.

The application was submitted to the Commission without an original signature or with an invalid signature.

Location TJ NOC: Latitude degrees are required and must be between 0 and 72 if latitude direction equals N(orth) and between 11 and 14 if latitude direction equals S(outh).

Location TJ NOC: Longitude degrees are required and must be between 64 and 180 if longitude direction equals W(est) and between 130 and 180 if longitude direction equals E(ast).

270608

## Automated Letters Information

Reference Number: 852698 | Call Sign: | Letter Type: Dismissal | Market Area:

Date Letter Generated: 12/13/2000 | Effective Date of Cancel/Dismiss: 12/13/2000 | Radio Service Code: MG

Applicant Name:

## Applicant Mailing Information or Assignor/Transferor Information

Applicant/Assignor/Transferor Name: BBG COMMUNICATIONS INC

Attention To:

First Name: | MI: | Last Name: | Suffix:

Assignee/Transferee Contact Company:

P.O. Box: | And/Or | Street Address: 4498 CAMINO DE LA PLAZA SUITE B

City: SAN YSIDRO | State: CA | Zip: 92173

## Contact Mailing Information or Assignee/Transferee Information

Assignee/Transferee Name:

Attention To:

First Name: | MI: | Last Name: | Suffix:

Licensee/Assignee/Transferee Contact Company:

P.O. Box: | And/Or | Street Address:

City: | State: | Zip:

## Coordinator Mailing Information

Coordinator Name:

First Name: | MI: | Last Name: | Suffix:

P.O. Box: | And/Or | Street Address:

City: | State: | Zip:

## Return/Dismissal Reasons

Application contains errors or incomplete information:

Path 1, Frequency 21353.50000:Transmitter Model is required.

Path 1, Frequency 21353.50000:Transmitter Manufacturer is required.

Path 1, Frequency 21353.50000:Automatic Transmitter Power Control is required (Yes or No).

Z 90200

## Automated Letters Information

Reference Number: 822979 Call Sign: Letter Type: Dismissal Market Area:

Date Letter Generated: 02/27/2001 Effective Date of Cancel/Dismiss: 02/27/2001 Radio Service Code: MG

Applicant Name: BBG COMMUNICATIONS INC

## Applicant Mailing Information or Assignor/Transferor Information

Applicant/Assignor/Transferor Name: BBG COMMUNICATIONS INC

Attention To: RAFAEL GALICOT

First Name: MI: Last Name: Suffix:

Assignee/Transferee Contact Company:

P.O. Box: And/Or Street Address: 4496 CAMINO DE LA PLAZA SUITE B

City: SAN YSIDRO State: CA Zip: 92173

## Contact Mailing Information or Assignee/Transferee Information

Assignee/Transferee Name:

Attention To:

First Name: MI: Last Name: Suffix:

Licensee/Assignee/Transferee Contact Company:

P.O. Box: And/Or Street Address:

City: State: Zip:

## Coordinator Mailing Information

Coordinator Name:

First Name: MI: Last Name: Suffix:

P.O. Box: And/Or Street Address:

City: State: Zip:

## Return/Dismissal Reasons

Questions regarding this filing should be directed to Beth Fishel at (717) 338-2849.

This request for Special Temporary Authority is being denied because the documentation included with this filing indicates that you are requesting the Commission's authority to operate a new station. This office does not routinely issue a Special Temporary Authorization to initiate service unless the communications system will be used by a governmental entity or public safety licensee to provide service during an emergency or urgent situation. The description of your proposed communications system thatwas included with this filing indicates that your system will not be used in this manner.

289868

## Automated Letters Information

Reference Number: 803857 Call Sign: Letter Type: Dismissal Market Area:

Date Letter Generated: 02/09/2001 Effective Date of Cancel/Dismiss: 02/08/2001 Radio Service Code: MG

Applicant Name:

## Applicant Mailing Information or Assignor/Transferor Information

Applicant/Assignor/Transferor Name: BBG COMMUNICATIONS INC

Attention To: RAFAEL GALICOT

First Name: MI: Last Name: Suffix:

Assignee/Transferee Contact Company:

P.O. Box: And/Or Street Address: 4496 CAMINO DE LA PLAZA SUITE B

City: SAN YSIDRO State: CA Zip: 92173

## Contact Mailing Information or Assignee/Transferee Information

Assignee/Transferee Name:

Attention To:

First Name: MI: Last Name: Suffix:

Licensee/Assignee/Transferee Contact Company:

P.O. Box: And/Or Street Address:

City: State: Zip:

## Coordinator Mailing Information

Coordinator Name:

First Name: MI: Last Name: Suffix:

P.O. Box: And/Or Street Address:

City: State: Zip:

## Return/Dismissal Reasons

Your STA request is dismissed. It was confirmed by Barry Friedman that this application is a redundant filing with application FCC file number 0000289868.

310982

## Automated Letters Information

| | | | |
|---|---|---|---|
| Reference Number: 913977 | Call Sign: | Letter Type: Return | Market Area: |
| Date Letter Generated: 05/16/2001 | Effective Date of Cancel/Dismiss: | Radio Service Code: MG | |
| Applicant Name: BBG COMMUNICATIONS INC | | | |

## Applicant Mailing Information or Assignor/Transferor Information

| | | | |
|---|---|---|---|
| Applicant/Assignor/Transferor Name: | | | |
| Attention To: | | | |
| First Name: | MI: | Last Name: | Suffix: |
| Assignee/Transferee Contact Company: | | | |
| P.O. Box: | And/Or | Street Address: | |
| City: | State: | Zip: | Country: |

## Contact Mailing Information or Assignee/Transferee Information

| | | | |
|---|---|---|---|
| Assignee/Transferee Name: BARRY A. FRIEDMAN | | | |
| Attention To: | | | |
| First Name: BARRY | MI: A | Last Name: FRIEDMAN | Suffix: |
| Licensee/Assignee/Transferee Contact Company: THOMPSON HINE & FLORY LLP | | | |
| P.O. Box: | And/Or | Street Address: 1920 N STREET NW SUITE 800 | |
| City: WASHINGTON | State: DC | Zip: 20036 | |

## Coordinator Mailing Information

| | | | |
|---|---|---|---|
| Coordinator Name: | | | |
| First Name: | MI: | Last Name: | Suffix: |
| P.O. Box: | And/Or | Street Address: | |
| City: | State: | Zip: | |

## Return/Dismissal Reasons

320320

| | |
|---|---|
| Return Letter Sent | 05/16/01 |
| Application Returned | 05/15/01 |
| Action PN Generated | 04/18/01 |
| Dismissed Application Reversed | 04/13/01 |
| Action PN Generated | 04/04/01 |
| Dismissal Letter Sent | 03/29/01 |
| Application Dismissed | 03/29/01 |
| Cancel IRAC Sent | 03/29/01 |
| Cancel IRAC Sent | 03/29/01 |
| Accepted for Filing PN Generated | 03/28/01 |
| Major Amendment Review Completed | 03/27/01 |
| Offlined for Transborder Coordination | 03/23/01 |
| Offlined for Major Amendment Review | 03/23/01 |
| Sent to IRAC | 03/23/01 |
| Cancel IRAC Sent | 03/23/01 |
| IRAC Screening Completed | 03/23/01 |
| Coser Screening Completed | 03/23/01 |
| Amendment Received | 03/22/01 |
| Amendment Received | 03/21/01 |
| Received from IRAC | 03/20/01 |
| Received from IRAC | 03/20/01 |
| Return Letter Sent | 03/14/01 |
| Return Letter Sent | 03/12/01 |
| Application Returned | 03/09/01 |
| Returned to Pending | 03/08/01 |
| Application Returned | 03/06/01 |
| Major Amendment Review Completed | 02/23/01 |
| Accepted for Filing PN Generated | 02/21/01 |
| Offlined for Engineering Review | 02/14/01 |
| Offlined for Transborder Coordination | 02/14/01 |
| Offlined for Major Amendment Review | 02/14/01 |
| Sent to IRAC | 02/14/01 |
| Sent to IRAC | 02/14/01 |
| Cancel IRAC Sent | 02/14/01 |
| IRAC Screening Completed | 02/14/01 |
| Coser Screening Completed | 02/14/01 |
| Amendment Received | 02/09/01 |
| Accepted for Filing PN Generated | 01/17/01 |
| Offlined for Transborder Coordination | 01/11/01 |
| Offlined for Engineering Review | 01/11/01 |
| Offlined for Transborder Coordination | 01/11/01 |

0000320320

AKH



5/18/2001 8:52 AM

| | |
|---|---|
| Sent to IRAC | 01/11/01 |
| IRAC Screening Completed | 01/11/01 |
| Coser Screening Completed | 01/11/01 |
| Payment Confirmed | 01/11/01 |
| New Application Received | 12/21/00 |

0003200320

Alan

5/18/2001 8:52 AM

| | | | | | |
|---|---|---|---|---|---|
| 0000070564 | Access Comm Corporation | NE | I | CF | 01/10/00 |
| 0000070564 | Access Comm Corporation | AM | D | CF | 03/14/00 |
| 0000249991 | Access Comm Corporation | NE | D | CF | 10/31/00 |
| 0000299126 | Access Comm Corporation | NE | R | CF | 12/19/00 |

## Automated Letters Information

| | | | |
|---|---|---|---|
| Reference Number: 314981 | Call Sign: | Letter Type: Dismissal | Market Area: |
| Date Letter Generated: 07/03/2000 | Effective Date of Cancel/Dismiss: 04/08/2000 | | Radio Service Code: CF |
| Applicant Name: Access Comm Corporation | | | |

## Applicant Mailing Information or Assignor/Transferor Information

| | | | |
|---|---|---|---|
| Applicant/Assignor/Transferor Name: Access Comm Corporation | | | |
| Attention To: Mr. Francisco Gomez Palacio Escuder | | | |
| First Name: | MI: | Last Name: | Suffix: |
| Assignee/Transferee Contact Company: | | | |
| P.O. Box: 75039 | And/Or | Street Address: 5215 N O'Connor, Suite 650 | |
| City: Irving | State: TX | | Zip: 75039 |

## Contact Mailing Information or Assignee/Transferee Information

| | | | |
|---|---|---|---|
| Assignee/Transferee Name: | | | |
| Attention To: | | | |
| First Name: | MI: | Last Name: | Suffix: |
| Licensee/Assignee/Transferee Contact Company: | | | |
| P.O. Box: | And/Or | Street Address: | |
| City: | State: | | Zip: |

## Coordinator Mailing Information

| | | | |
|---|---|---|---|
| Coordinator Name: | | | |
| First Name: | MI: | Last Name: | Suffix: |
| P.O. Box: | And/Or | Street Address: | |
| City: | State: | | Zip: |

## Return/Dismissal Reasons

The application was not amended within 60 days of the date shown on the Notice of Application Return letter; therefore, this application is hereby dismissed.

70564

of 1

4/24/2001 1:04 PM

05/02/01 WED 11:01 [TX/RX NO 7204]

## Automated Letters Information

| | | | |
|---|---|---|---|
| Reference Number: 9348 | Call Sign: | Letter Type: Dismissal | Market Area: |
| Date Letter Generated: 11/21/2000 | Effective Date of Cancel/Dismiss: 11/21/2000 | | Radio Service Code: CF |
| Applicant Name: | | | |

## Applicant Mailing Information or Assignor/Transferor Information

| | | | |
|---|---|---|---|
| Applicant/Assignor/Transferor Name: Access Comm Corporation | | | |
| Attention To: Francisco Gomez Palacio | | | |
| First Name: | MI: | Last Name: | Suffix: |
| Assignee/Transferee Contact Company: | | | |
| P.O. Box: | And/Or | Street Address: 5215 N O'Connor, Suite 660 | |
| City: Irving | State: TX | Zip: 75039 | |

## Contact Mailing Information or Assignee/Transferee Information

| | | | |
|---|---|---|---|
| Assignee/Transferee Name: | | | |
| Attention To: | | | |
| First Name: | MI: | Last Name: | Suffix: |
| Licensee/Assignee/Transferee Contact Company: | | | |
| P.O. Box: | And/Or | Street Address: | |
| City: | State: | Zip: | |

## Coordinator Mailing Information

| | | | |
|---|---|---|---|
| Coordinator Name: | | | |
| First Name: | MI: | Last Name: | Suffix: |
| P.O. Box: | And/Or | Street Address: | |
| City: | State: | Zip: | |

## Return/Dismissal Reasons

| |
|---|
| No payment or insufficient payment was received for this application within the required time period. |

249991

## Automated Letters Information

| | | | |
|---|---|---|---|
| Reference Number: 539537 | Call Sign: | Letter Type: Return | Market Area: |
| Date Letter Generated: 03/14/2001 | Effective Date of Cancel/Dismiss: | Radio Service Code: CF | |
| Applicant Name: ACCESS COMM CORPORATION | | | |

## Applicant Mailing Information or Assignor/Transferor Information

| | | | |
|---|---|---|---|
| Applicant/Assignor/Transferor Name: | | | |
| Attention To: | | | |
| First Name: | MI: | Last Name: | Suffix: |
| Assignee/Transferee Contact Company: | | | |
| P.O. Box: | And/Or | Street Address: | |
| City: | State: | Zip: | |

## Contact Mailing Information or Assignee/Transferee Information

| | | | |
|---|---|---|---|
| Assignee/Transferee Name: ROBERT J. MILLER | | | |
| Attention To: | | | |
| First Name: Robert | MI: J | Last Name: Miller | Suffix: |
| Licensee/Assignee/Transferee Contact Company: GARDERE WYNNE SEWELL LLP | | | |
| P.O. Box: | And/Or | Street Address: 1601 Elm Street, Suite 3000 | |
| City: Dallas | State: TX | Zip: 75201 | |

## Coordinator Mailing Information

| | | | |
|---|---|---|---|
| Coordinator Name: | | | |
| First Name: | MI: | Last Name: | Suffix: |
| P.O. Box: | And/Or | Street Address: | |
| City: | State: | Zip: | |

## Return/Dismissal Reasons

Questions concerning this return may be directed to Susan Mickley in the Microwave Section at (717) 338-2854.

You must amend your application to reflect that Path 1 is transmitting to a location outside of the United States. Please amend Item 18 of Path 1 to reflect "MX - Mexico". See FCC Form 601 filing instructions.

There appears to be a discrepancy with the path azimuth referenced on your application at 183.5 degrees for Path 1, frequency 22837.5 transmitting to receive location Torremol. The Commission calculates that the path azimuth should be 90.0 degrees and th

Your application is returned because it does not contain the required Part 101 prior coordination for new paths and all the necessary certifications associated with it for Path 1, frequency 22837.5 transmitting to receive location Torremol. See Part 101.103(d) of the Commission rules. Please provide the requested Part 101 prior coordination for this path addition as an attachment upon amendment of your application.a path azimuth provided at 183.5 degrees is invalid. Please amend your application to reflect the valid path azimuth as coordinated by the frequency coordinator AND PROVIDE THE ASSOCIATED MICROWAVE PATH DATA SHEET FOR THE FREQUENCY COORDINATION PERFORMED FOR THIS NEW PATH AS AN ATTACHMENT.

299,26

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I(a) PLAINTIFFS**

UNITED STATES OF AMERICA

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES)**

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBE**

BETH L. LEVINE, ESQ.
U.S. ATTORNEY'S OFFICE
880 FRONT STREET, ROOM 6293
SAN DIEGO, CA 92101-8893
(619) 557-7185

**DEFENDANTS**

ANY AND ALL RADIO STATION TRANSMISSION EQUIPMENT...

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)**

FILED

01 MAY 22 PM 2:26

CLERK ... SOUTHERN DISTRICT ...

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**ATTORNEYS (IF KNOWN)**

'01 CV 0896 W (CGA)

DEPUTY

BARRY A. FRIEDMAN, ESQ.
THOMPSON HINE & FLORY, LLP
1920 N. STREET, N.W.,
WASHINGTON,, D.C. 20036-1601
(202) 331-8800

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE-BOX ONL**

- [x] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ON BOX FOR FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)**

**(For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated of Principal Place of Business in This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | ncorporated of Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)** 47 U.S.C. SEC. 301, 510.

FORFEITURE OF EQUIPMENT USED IN VIOLATION OF 47 U.S.C. SEC. 301.

**V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)**

**CONTRACT**

- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veterans Benefits
- [ ] 160 Stockholders Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability

**REAL PROPERTY**

- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease and Erectment
- [ ] 240 Tort to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY

- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel Slander
- [ ] 330 Federal Employer's Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury Medical Malpractice
- [ ] 365 Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY

- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**

- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [ ] 440 Other Civil Right

**PRISONER PETTITIONS**

- [ ] 510 Motions to Vacate Sentence Habeas Corpus
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus and Other
- [ ] 550 Civil Rights

**FORFEITURE/PENALTY**

- [ ] 610 Agriculture
- [ ] 620 Other Food Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR and Truck
- [ ] 650 Airline Regulations
- [ ] 660 Occupational Safety/Health
- [x] 690 Other

**LABOR**

- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt Relations
- [ ] 730 Labor/Mgmt. Reporting and Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**

- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**

- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**

- [ ] 861 HIA (13958)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS - Third Party 26 USC 7609

**OTHER STATUES**

- [ ] 400 State Reappointment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organization
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities Exchange
- [ ] 875 Customer Challenge 12 USC
- [ ] 891 Agriculture Acts
- [ ] 892 Economic Stabilization Acts
- [ ] 893 Environment Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State
- [ ] 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)**

- [x] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appelate Court
- [ ] 4 Reinstate or Reopened
- [ ] 5 Tranferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND**

Check YES only if demanded in complaint:
**JURY DEMAND:** [ ] YES [x] NO

**VIII. RELATED CASE(S) IF ANY (See Instructions)** **JUDGE** **Docket Number**

**DATE** 5/22/01 **SIGNATURE OF ATTORNEY OF RECORD** Beth L. Levine